IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| PYTHIAS CHABALA, | * |
| Plaintiff, | * |
| v. | * CV 120-032 |
| WARREN GLOVER and UNITED STATES OF AMERICA, | * |
| Defendants. | * |

O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 15.) Plaintiff and Defendants consent to dismissal. Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA